UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Rukhsanah L. Singh |
| v. | : | Mag. No. 2024-mj-14059 (RLS) |
| CHRISTIAN KEILBERG | : | **CRIMINAL COMPLAINT** |
| | | **[TO BE FILED UNDER SEAL]** |

I, Stephen Sulpy, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the United States Department of the Air Force, Office of Special Investigations, and that this Complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached pages and made a part hereof.

Stephen Sulpy
Stephen L. Sulpy, Special Agent
U.S. Department of the Air Force
Office of Special Investigations

Attested to by telephone pursuant to F.R.C.P. 4.1(b)(2)(A) on this 8th day of November 2024, in the District of New Jersey.

Honorable Rukhsanah L. Singh
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

RECEIVED
NOV 8 2024
AT 8:30________M
CLERK, U.S. DISTRICT COURT - DNJ

# ATTACHMENT A

## COUNT ONE
**(Receipt of Child Pornography)**

From in or around November 2020 through in or around November 2022, in Burlington County, in the District of New Jersey and elsewhere, the defendant,

CHRISTIAN KEILBERG,

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

## ATTACHMENT B

I, Stephen L. Sulpy, am a Special Agent with the United States Department of the Air Force, Office of Special Investigations ("DAF-OSI"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and in part. Because this Affidavit is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date and time, I am asserting that it took place on or about the date and time alleged.

1. In or around July 2022, DAF-OSI was notified by local law enforcement that Christian Keilberg ("KEILBERG"), an active member of the Air Force, utilized an account on a social media platform to receive child sexual abuse material ("CSAM") on multiple occasions in or around January 2022, February 2022, and July 2022.

2. Upon discovering KEILBERG had received this CSAM, on or about August 26, 2022, DAF-OSI applied for and was granted military search authorization supported by probable cause of Keilberg's residence, which was located on an Air Force Base in Burlington County, New Jersey. The search authorization included permission to seize and search any electronic devices discovered at the residence. During the search, law enforcement discovered and seized electronic devices, including KEILBERG's cellular telephone and KEILBERG's hard drive.

3. During its subsequent review of KEILBERG's cellular telephone, DAF-OSI discovered a voice, video and chat application platform (the "Platform") installed on the phone. In the Platform, DAF-OSI identified hundreds of communications, between on or about November 20, 2020 and on or about November 30, 2021, between KEILBERG and a then-thirteen-year-old female ("MINOR VICTIM 1"), who was then living in a state outside of New Jersey.

4. In or around September 2024, DAF-OSI submitted an application to the Honorable J. Brendan Day, U.S. Magistrate Judge for the District of New Jersey, seeking authorization to search both KEILBERG and MINOR VICTIM 1's Platform accounts.

5. A review of the records subsequently provided by the Platform revealed that from on or about November 21, 2020 through on or about

November 1, 2022, KEILBERG and MINOR VICTIM 1 exchanged more than two thousand text messages.

6. On or about July 19, 2021, KEILBERG and MINOR VICTIM 1 texted over the Platform discussing their ages. MINOR VICTIM 1 told KEILBERG she was 13 years old and KEILBERG told her he was 29 years old. DAF-OSI has confirmed that both of these ages were accurate at that time.

7. In reviewing their text messages, DAF-OSI learned that the communications between KEILBERG and MINOR VICTIM 1 were predominately sexual in nature. Additionally, DAF-OSI discovered that MINOR VICTIM 1 sent KEILBERG approximately eight nude images of MINOR VICTIM 1, including images of MINOR VICTIM 1's genitalia. KEILBERG also at times requested that MINOR VICTIM 1 produce and send to KEILBERG certain sexual images, in response to which MINOR VICTIM 1 complied. For example:

a. On or about November 21, 2020, MINOR VICTIM 1 sent KEILBERG an image of MINOR VICTIM 1, including her face, in a bedroom wearing a black t-shirt, which image visibly depicts a minor under sixteen years old. MINOR VICTIM 1 texted KEILBERG, "here is a pic I took yesterday." KEILBERG texted MINOR VICTIM 1, "Wanna show Daddy what you look like?" MINOR VICTIM 1 responded, "want me to send a pic of them ) )" before sending KEILBERG an image of MINOR VICTIM 1 sitting on the bed in the bedroom lifting up her black t-shirt exposing her breasts. KEILBERG responded, "Wow, they're really big they look soft too *squeezes your boobs gently*." KEILBERG thereafter texted MINOR VICTIM 1, "Do you wanna show Daddy how wet you are?" MINOR VICTIM 1 responded, "sure but do you mind hair." KEILBERG stated, "Not at all baby. This is for you baby." MINOR VICTIM 1 then sent KEILBERG an image of her legs open exposing a vagina, clearly of a minor. DAF-OSI determined that all three of these images were taken of the same minor female, MINOR VICTIM-1, and taken in the same bedroom. Additionally, during their conversation on this date, KEILBERG and MINOR VICTIM 1 discussed where they lived and KEILBERG offered to drive to meet MINOR VICTIM 1 in person. MINOR VICTIM 1 told KEILBERG she lived in Indiana, and KEILBERG stated, "I live in New Jersey." MINOR VICTIM 1 asked, "When we meet, could I live with you? I don't wanna live here." KEILBERG responded, "I would like that, but wouldn't your family come looking for you." KEILBERG then offered, "we'll have to see, because I live on a military base, and they don't allow visitors."

b. On November 25, 2020, KEILBERG texted MINOR VICTIM 1, "Daddy would love to see your ass baby." MINOR VICTIM 1 complied with the request, sending KEILBERG an image of her buttocks. KEILBERG replied, "Daddy loves that view, maybe next time you can take one like a selfie, hold it to your side so Daddy can see the curve of your ass."

c. On November 16, 2021, KEILBERG texted MINOR VICTIM 1, "Thank you my sweet daughter, now show Daddy your slutty tits." MINOR VICTIM 1 responded, "I can't right now, I'm with my grandma but I can later," and asked KEILBERG, "What if I was next to you?" KEILBERG responded, "I would pull my cock out and pull your head down to suck on it." When MINOR VICTIM 1 inquired what would happen if someone saw, KEILBERG stated, "They can watch, since you're Daddy [sic] little slut, maybe Daddy can charge them to use your mouth too." Less than ten minutes later, when MINOR VICTIM 1 texted KEILBERG that she was alone, KEILBERG instructed, "Send me a pic then, I'm at work rn." MINOR VICTIM 1 then sent KEILBERG an image of MINOR VICTIM 1 lifting up her black long-sleeved shirt to expose her breasts. KEILBERG responded, "That's my slutty daughter, they've gotten bigger, haven't they?"

d. On November 25, 2021, after wishing her a happy Thanksgiving, KEILBERG asked, "Can I see my daughter tonight? . . . All of you." MINOR VICTIM 1 responded, "I can only send a picture of my chest since I have a picture ready." KEILBERG responded, "Try to find time tonight, and send Daddy that pic my baby girl . . . I want to stroke my cock to my daughter's big slutty tits." MINOR VICTIM 1 then sent KEILBERG a picture of MINOR VICTIM 1 lifting her black shirt exposing her breasts. KEILBERG responded, "I can't wait till we have a little girl of our own, her tits will be as big as yours baby."[1]

e. On February 23, 2022, KEILBERG asked MINOR VICTIM 1, "Do you wanna show Daddy how big your tits are now?" to which she responded, "Not right now." The next day, MINOR VICTIM 1 asked KEILBERG if he wanted to see her chest. He responded in the affirmative. MINOR VICTIM 1 sent him a picture

[1] KEILBERG frequently texted about his desire to impregnate MINOR VICTIM 1.

depicting her lifting up her black shirt and exposing her breasts. KEILBERG replied, "Gorgeous, as always."

8. DAF-OSI has determined from its review of certain communications between KEILBERG and MINOR VICTIM 1 that they also engaged in live video chats on the Platform, likely during which KEILBERG directed MINOR VICTIM 1 to engage in sexually explicit conduct. By way of example, on or about September 25, 2021, KEILBERG texted, "how about you send me pics when you go to the bathroom or when it's later, and you are alone, you can video call me." On September 26, 2021, KEILBERG texted, "I want you to video call me soon . . . when can you send pics and vids?." MINOR VICTIM 1 responded, "When I'm home."

9. Based upon my education, training and experience, and my discussions with other law enforcement officers, and to the best of my knowledge, the images described in Paragraphs 7(a) – (e) above traveled in interstate commerce and were produced using materials that were mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer and cellular telephone. This is based upon, among other things, (1) the presence of images on KEILBERG's cellular telephone, (2) the presence of the Platform on his cellular telephone which contained some of the communications with MINOR VICTIM 1, and (3) law enforcement's knowledge that KEILBERG received these images from MINOR VICTIM 1 through the Platform over the Internet based upon IP address information obtained as part of this investigation.